Entered on Docket
November 10, 2010

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Litton Loan Servicing LP as servicer for MTGLQ Investor, LP
10-73621

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-26403-bam |
|---|---|
| Anjulia Ebanks-Rivera | Date: 11/2/2010 <br> Time: 1:30 pm |
|  | Chapter 7 |
| Debtor. |  |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor, Litton Loan Servicing LP as servicer for MTGLQ Investor, LP, its assignees and/or

successors in interest, of the subject property, generally described as 1525 Spiced Wine AvenueUnit # 11101, Henderson, NV 89074

Submitted by:

**WILDE & ASSOCIATES**

By: _____ /2040

Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Randal R. Leonard
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Joseph B. Atkins
Chapter 7 Trustee

1  In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):
2  ____   The court has waived the requirements set forth in LR 9021(b)(1).
3  ____   No party appeared at the hearing or filed an objection to the motion.
   _x_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
4          any unrepresented parties who appeared at the hearing, and each has approved or
           disapproved the order, or failed to respond, as indicated below [list each property and
5          whether the party has approved, disapproved, or failed to respond to the document]:
6
   _x_    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
7          motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
           order.
8  Debtor's counsel:
9  ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document
10 ____ appeared at the hearing, waived the right to review the order
11 ____ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
12 ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document
13

14 ____  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
15         counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
           parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
16         respond, as indicated below.

17 Debtor's counsel:
18 ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or  ____ failed to respond to the document
19 ____ appeared at the hearing, waived the right to review the order
20 ____ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
21
22 ____ approved the form of this order            ____ disapproved the form of this order
   ____ waived the right to review the order and/or  ____ failed to respond to the document
23
24 ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
         written objection.
25
26 Submitted by:
   /s/ Gregory L. Wilde, Esq.
   Gregory L. Wilde, Esq.
   Attorney for Secured Creditor